IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY LUELLEN, on behalf of herself and on behalf of the estate her deceased son MARTESE TATE, </br></br>    Plaintiff, </br></br>v. </br></br>THE CITY OF HICAGO, CHICAGO POLICE OFFICER DAVID (#18491), OFFICER VALDEZ (#8868), and J. DOE CPD OFFICERS 1-5, </br></br>    Defendants. | No. 21-cv-05626 </br></br> Judge Mary M. Rowland |

## DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY PROTECTIVE ORDER AND AGREED QUALIFIED HIPAA AND MHDDCA PROTECTIVE ORDER

Defendant City of Chicago (the "City"), by and through its attorney, Celia Meza, Corporation Counsel of the City of Chicago, through her special assistant corporation counsel, Nathan & Kamionski LLP, respectfully moves this Honorable Court for the entry of the attached Agreed Confidentiality Protective Order and the Agreed Qualified HIPAA and MHDDCA Protective Order. In support of this motion, Defendant City states as follows:

  1.  On October 21, 2021, Plaintiff Kimberly Luellen, on behalf of herself and on behalf of the estate of her deceased son Martese Tate, (collectively "Plaintiffs") filed the complaint in this matter alleging Section 1983 claims and state law claims in connection with the incidents that occurred on March 6, 2020 and December 24, 2020 respectively. *See* Compl., Dkt. No. 1.

  2.  The parties anticipate production in this litigation of information of parties and non-parties, including the production of information protected from disclosure by statute; financial information; medical information, psychiatric and mental health records; personal identity

information; disciplinary histories; personnel and employment records; among other private and protected information.

3. Defendant City's proposed Agreed Confidentiality Protective Order is necessary to ensure the protection of such information, consistent with the principles of federal and Illinois law. *See* Proposed Agreed Confidentiality Order, attached hereto as Exhibit ("Ex.") A.

4. A redlined version of the Agreed Confidentiality Protective Order with comments has been provided to the Court electronically, pursuant to the Court's standing order, and attached to this motion as Ex. B.

5. The Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002). The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000). Mental Health records are protected by the Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1-17.

6. Defendant City's proposed Qualified HIPAA and MHDDACA Protective Order, prohibits use of medical information covered by the Health Insurance Portability and Accountability Act and the Mental Health and Developmental Disabilities Confidentiality Act for any purpose other than litigation of this case, prohibits the dissemination to parties outside this litigation, and requires the return of such information to the producing party at the end of this litigation. Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law. *See* Proposed Qualified HIPAA and MHDDCA Protective Order, attached hereto as Ex. C.

7. The parties conferred via telephone on November 9, 2021, and Plaintiffs' counsel has reviewed the proposed orders and does not oppose entry of the proposed orders.

WHEREFORE, Defendant City of Chicago respectfully requests that this Court find good cause to enter the proposed Agreed Confidentiality Order and proposed Agreed Qualified HIPAA and MHDDCA Protective Order, and for such other relief as this Court deems just and appropriate.

Dated: November 11, 2021

                                                      Respectfully submitted,

                                                     **CITY OF CHICAGO**

                                                     CELIA MEZA
                                                   Corporation Counsel for the City of Chicago

By:    */s/ Natalie y. Adeeyo*
        Special Assistant Corporation Counsel
        Nathan & Kamionski LLP
        Shneur Nathan
        Avi Kamionski
        Helen C. O'Shaughnessy
        Natalie Y. Adeeyo
        33 W. Monroe St., Suite 1830
        Chicago, IL  60603
        (312) 957-6639
        nadeeyo@nklawllp.com

        *Attorneys for the City of Chicago*

## **CERTIFICATE OF SERVICE**

I, Natalie Adeeyo, hereby certify that on November 11, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent electronic notifications of the filing on the same day to all counsel of record.

*/s/ Natalie Y. Adeeyo*