# IN THE UNITED STATE DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY LUELLEN, on behalf of herself and on behalf of the estate her deceased son MARTESE TATE, ) ) ) ) Plaintiff, ) ) v. ) ) THE CITY OF CHICAGO, CHICAGO POLICE OFFICER DAVID (#18491), OFFICER VALDEZ (#8868), and J. DOE CPD OFFICERS 1-5, ) ) ) ) ) Defendants. ) | No. 21-cv-05626 Judge Mary M. Rowland |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Officers Aaron David and Christopher Valdez ("Defendant Officers") and Defendant City of Chicago (the "City"), (collectively "Defendants"), by and through their respective undersigned counsel, respectfully request that this Court extend the time for Defendants to answer or otherwise plead to Plaintiff's Complaint by January 28, 2022. In support of this motion, Defendants state as follows:

1. Plaintiff Kimberly Luellen, on her own behalf and on behalf of the estate of her deceased son Martese Tate ( hereinafter "Plaintiffs"), filed this lawsuit on October 21, 2021 alleging various § 1983 claims as well as state law claims against Defendant Officers, the City, and unnamed "J. Doe CPD Officers 1-5" arising from the entry into Plaintiff Luellen's home on March 6, 2020 and the alleged release of Plaintiff Tate's medical records sometime before or about December 24, 2020.

2. On November 16, 2021, Defendant Officers moved for an extension of time to file their answer or otherwise plead to Plaintiff's Complaint by January 7, 2022, which this Court granted on November 17, 2021. *See* Dkt. No. 25.

3. On November 23, 2021, the City filed its motion for an extension of time to file its answer or otherwise plead to Plaintiff's Complaint *nunc pro tunc* by January 7, 2022, which this Court similarly granted on November 29, 2021. *See* Dkt. No. 27.

4. Defendants have diligently participated in expedited written discovery over the past month, culminating in the production of over 1,300 responsive documents and the deposition of CPD Sergeant Thomas Barker as the behest of Plaintiff.

5. Due to the fact that attorneys for Defendants were personally affected by illness and the COVID 19 pandemic, Defendants' have been dramatically impacted in their ability to prepare a responsive pleading to Plaintiff's Complaint by January 7, 2022. Despite Defendants' best efforts, Defendants are unable to comply with the January 7, 2022 deadline.

6. Consequently, Defendants request that this Court extend the deadline by which Defendants are required to answer or otherwise plead to Plaintiff's Complaint to January 28, 2022.

7. This request for a limited extension is not intended to cause unnecessary delay and will not serve to prejudice any party.

8. On December 29, 2021, Defense counsel conferred with Plaintiff's counsel via email, and Plaintiff does not have any objection to this motion.

9. Accordingly, Defendants request that this Court grant an extension of time of 21 days for Defendants to file their answer or otherwise plead to Plaintiff's Complaint.

WHEREFORE, Defendant Officers Aaron David and Christopher Valdez and Defendant City of Chicago respectfully request that this Court enter an order granting an extension of time of

21 days, or until January 28, 2022 to answer or otherwise plead to Plaintiff's Complaint, and for such other relief as this Court deems just and equitable.

| | |
|---|---|
| Dated: December 29, 2021 | Respectfully submitted, |
| **OFFICERS AARON DAVID AND CHRISTOPHER VALDEZ** | **CITY OF CHICAGO** |
| | **CELIA MEZA** <br> **Corporation Counsel of the City of Chicago** |
| */s/Nicholas J. Perrone* <br> Assistant Corporation Counsel <br> Allison L. Romelfanger <br> Assistant Corporation Counsel Supervisor <br> City of Chicago Department of Law <br> 2 N. LaSalle, Suite 420 <br> Chicago, IL 60602 <br> Nicholas.perrone@cityofchicago.org <br> Allison.romelfanger@cityofchicago.org <br><br> *Attorneys for Defendant Officers* | */s/ Natalie Y. Adeeyo* <br> *Special Assistant Corporation Counsel for Defendant City of Chicago* <br> Helen O'Shaughnessy, Avi T. Kamionski, Shneur Z. Nathan, Natalie Y. Adeeyo <br> Nathan & Kamionski LLP <br> 33 W. Monroe St., Ste. 1830 <br> Chicago, IL 60603 <br> (312) 612-2255 <br> helen@nklawllp.com <br> akamionski@nklawllp.com <br> snathan@nklawllp.com <br> nadeeyo@nklawllp.com <br><br> *Attorneys for Defendant City of Chicago* |