IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY LUELLEN, on behalf of herself and on behalf of the estate her deceased son MARTESE TATE, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CHICAGO, CHICAGO POLICE OFFICER DAVID (#18491), OFFICER VALDEZ (#8868), and J. DOE CPD OFFICERS 1-5, <br><br> Defendants. | No. 21-cv-05626 <br><br> Judge Mary M. Rowland |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE AN ENLARGED BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

NOW COMES Defendant City of Chicago (the "City"), by and through its attorney, CELIA MEZA, Corporation Counsel for the City of Chicago, through her special assistant corporation counsel, Nathan & Kamionski LLP, and hereby respectfully moves this Honorable Court for leave to file an enlarged brief in support of its Motion to Dismiss Plaintiff's First Amended Complaint. In support of its motion, the City states as follows:

1.  Plaintiff Kimberly Luellen brought a Section 1983 lawsuit against the City of Chicago, Defendant Officers David and Valdez, and an unknown number of Chicago Police Department officers, asserting 12 different federal and state law claims stemming from two separate and unrelated incidents: (1) the lawful entry by Defendant Officers David and Valdez into Plaintiff's home on March 6, 2020; and (2) the alleged leak of Martese Tate's ("Tate") medical status on social media occurring sometime between July and December 2020. (See First Amended Complaint, Dkt. No. 50, ¶¶ 2-4).

2. Specifically, Plaintiff alleges the following claims: (I) §1983 Fourth Amendment Illegal Entry of Home; (II) §1983 Fourteenth Amendment Violation of Equal Protection Rights; (III) §1983 and §1985 Civil Conspiracy; (IV) §1983 Equal Protection; (V) §1983 Fourteenth Amendment Substantive Due Process Rights to Privacy; (VI) State Law Claim of Intentional Infliction of Emotional Distress; (VII) State Law Claim of Negligent Infliction of Emotional Distress; (VIII) State Law Claim of Invasion of Privacy by Public Disclosure of Private Facts; (IX) State Law Claim of Invasion of Privacy by Intrusion Upon Seclusion; (X) §1983 *Monell* Liability; (XI) *respondeat superior*; and (XII) Indemnification. *See* First Am. Compl., Dkt. No. 50.

3. Plaintiff's *Monell* claim against the City alleges that the City and the Chicago Police Department has a widespread practice of racially-biased policing and discriminatory social media use. Compl., Dkt. No. 50, ¶¶ 164, 165.

4. The deadline by which the City must answer or otherwise plead to Plaintiffs' First Amended Complaint is March 11, 2022. *See* Dkt. No. 53. The City intends to file a motion to dismiss.

5. Local Rule 7.1 provides that no "brief in support of … any motion … shall exceed 15 pages without prior approval of the court." NDIL-LR 7.1.

6. Due to the number of claims Plaintiff asserts as well as the complexity of the issues involved, and in order for the City to adequately address each of Plaintiff's claims, the City requires twenty-five (25) pages for its brief in support of its motion to dismiss.

WHEREFORE, the City respectfully requests that this Court grant it leave to file an enlarged brief consisting of 25 pages in support of its Motion to Dismiss Plaintiff's First Amended Complaint, and for such other relief which this Court deems just and proper.

Dated: March 9, 2022

Respectfully submitted,

CELIA MEZA
**CORPORATION COUNSEL**

<u>/s/ Natalie Y. Adeeyo</u>
Avi T. Kamionski, Shneur Z. Nathan, Helen C. O'Shaughnessy, Natalie Y. Adeeyo
Special Assistants Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
nadeeyo@nklawllp.com
(312) 957-6639

*Attorneys for the City of Chicago*

**CERTIFICATE OF SERVICE**

I, Natalie Adeeyo, hereby certify that I have caused true and correct copies of the above and foregoing motion to be served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on this 9th day of March 2022.

*/s/ Natalie Y. Adeeyo*
Avi T. Kamionski, Shneur Z. Nathan, Helen C. O'Shaughnessy, Natalie Y. Adeeyo
Special Assistants Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60603
nadeeyo@nklawllp.com
(312) 957-6639

*Attorneys for the City of Chicago*