

03/31/22

Dear Honorable Jeffrey Cole,

My name is Donald Robinson and I've been subpoenaed to be a witness in a lawsuit involving Kimberly Luellen v. The City of Chicago (case # 1:21-cv-05626).

Attorney Daniel Massoglia, who is representing Luellen, informed me that you ruled against my motion to quash the subpoena. I don't really understand why the motion was rejected, but it was. I also don't understand who Kimberly Luellen is and why is she suing the City of Chicago.

As I explained to Mr. Massoglia, I've been searching for an attorney to help guide me through this process. Apparently, I'm in need of a federal attorney that practices in the federal courts I'm told. I've had a hard time finding one. On top of that, I don't have the resources to hire an attorney.

I'm writing to ask the court if there is anyway an attorney can be appointed to me. I'm not comfortable talking to Attorney Massoglia without an attorney understanding that he is representing Luellen.

I want to try and resolve this matter as soon as possible and I was hoping you could help me.


Thanks,

Donald Robinson

donald44robinson@yahoo.com

312-933-4323


P.S. Please notify me of any rulings.

D.R.